No. 72–5988. EISENBERG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari for the reason stated in his dissent in No. 71–1656, *United States* v. *Achtenberg,* 409 U. S. 932.

No. 72–5133. BUCHANAN *v.* TEXAS, 409 U. S. 814 and 1029. Motion for leave to file second petition for rehearing denied.